McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00079-GEB |
|---|---|
| Plaintiff, | [AMENDED] STIPULATION TO CONTINUE ADMIT/DENY HEARING; [PROPOSED] ORDER |
| v. | |
| OSCAR ANDRADE, | DATE: January 12, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

1.  By previous order, this matter was set for an Admit/Deny hearing on January 12, 2018. The parties filed a stipulation seeking to continue the hearing until March 9, 2018, but the Court is unavailable on that day.

2.  By this <u>amended</u> stipulation, the parties now move to continue the Admit/Deny hearing until March 16, 2018, at 9 a.m.

3.  The reason for this request is that resolution of this matter depends largely on the outcome of the charges filed against Mr. Andrade in the matter of *United States v. Nunez, et al.*, 2:17-cr-149 TLN. That case has been indicted but discovery in that case is ongoing and the disposition of that case will take a significant amount of time.

///

[AMENDED STIPULATION TO CONTINUE ADMIT/DENY HEARING; [PROPOSED] ORDER

1

4. Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: January 11, 2018  McGREGOR W. SCOTT
United States Attorney

/s/ *James R. Conolly*
JAMES R. CONOLLY
Assistant United States Attorney

Dated: January 11, 2018  /s/ *Dina L. Santos*
DINA L. SANTOS
Counsel for Defendant
Oscar Andrade

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 12, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge