McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00079-GEB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE ADMIT/DENY HEARING; [PROPOSED] ORDER |
| OSCAR ANDRADE, | DATE: July 13, 2018 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1.  By previous order, this matter was set for an Admit/Deny hearing on July 13, 2018.

2.  Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and defendant, Oscar Andrade, by and through his counsel, Dina L. Santos, agree and stipulate to vacate the date set for Admit/Deny hearing, July 13, 2018, at 9:00 a.m., and to continue it to September 28, 2018, at 9:00 a.m.

3.  The reason for this request is that resolution of this matter depends largely on the outcome of the charges filed against Mr. Andrade in the matter of *United States v. Nunez, et al.*, 2:17-cr-149 TLN. That case has been indicted but discovery remains ongoing and the parties anticipate that the disposition of that case will take a significant amount of time.

///

///

STIPULATION TO CONTINUE ADMIT/DENY HEARING;
[PROPOSED] ORDER

1

4. Accordingly, the parties respectfully request the Court adopt this stipulation and proposed order, and continue the Admit/Deny hearing until September 28, 2018.

IT IS SO STIPULATED.

Dated: July 12, 2018    McGREGOR W. SCOTT
United States Attorney

/s/ *James R. Conolly*
JAMES R. CONOLLY
Assistant United States Attorney

Dated: July 12, 2018    /s/ *Dina L. Santos*
DINA L. SANTOS
Counsel for Defendant
Oscar Andrade

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 12, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge