Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
OSCAR ANDRADE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>OSCAR ANDRADE,<br><br>　　　　　　　　　Defendant | CASE NO. 08-CR-0079 GEB<br><br>STIPULATION AND [PROPOSED] FINDINGS AND ORDER TO CONTINUE CASE FOR ADMIT/DENY HEARING TO 6/14/19 AT 9:00 A.M. (AMENDED) |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and defendant, OSCAR ANDRADE, by and through his counsel, Dina L. Santos, agree and stipulate to vacate the date set for admit/deny hearing, May 3, 2019, at 9:00 a.m., in the above-captioned matter, and to continue the admit/deny hearing to June 14, 2018 at 9:00 a.m.

The reason for this request is that resolution of this matter depends largely on the outcome of the charges filed against Mr. Andrade in the matter of U.S. v. Nunez, et al., 2:17-cr-149 TLN. That case has been indicted but discovery in that case is ongoing and the disposition of that case will take a significant amount of time.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

1

IT IS SO STIPULATED.

Dated: May 2, 2019                                    McGregor Scott
                                                      United States Attorney


                                                       /s/ James Conolly
                                                      JAMES CONOLLY
                                                      Assistant United States Attorney


Dated: May 2, 2019                                    /s/  Dina L. Santos
                                                      DINA L. SANTOS, ESQ.
                                                      Attorney for Oscar Andrade

///

//

/

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 3, 2019


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge