1  Dina L. Santos, SBN 204200
   A Professional Law Corporation
2  455 Capitol Mall, Suite 802
   Sacramento, CA 95814
3  Telephone: (916) 447-0160

4

5  Attorney for:
   OSCAR ANDRADE

6
                    IN THE UNITED STATES DISTRICT COURT
7
                        EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,                CASE NO. 08-CR-0079 GEB
10
                       Plaintiff,           STIPULATION AND [PROPOSED] FINDINGS
11                                          AND ORDER TO CONTINUE CASE FOR
              v.                            ADMIT/DENY HEARING TO 9/13/19 AT 9:00
12                                          A.M.
   OSCAR ANDRADE,
13                    Defendant

14
                                    **STIPULATION**
15

16    Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney

17 James Conolly, and defendant, OSCAR ANDRADE, by and through his counsel, Dina L. Santos, agree

18
   and stipulate to vacate the date set for admit/deny hearing, June 14, 2019, at 9:00 a.m., in the above-
19
   captioned matter, and to continue the admit/deny hearing to September 13, 2018 at 9:00 a.m.
20

21    The reason for this request is that resolution of this matter depends largely on the outcome of the

22
   charges filed against Mr. Andrade in the matter of U.S. v. Nunez, et al., 2:17-cr-149 TLN.  That case has
23
24 been indicted but discovery in that case is ongoing and the disposition of that case will take a significant

25 amount of time.

26
27    Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
28

                                                1

IT IS SO STIPULATED.

Dated: June 13, 2019				McGregor Scott
						United States Attorney


						 /s/ James Conolly
						JAMES CONOLLY
						Assistant United States Attorney


Dated: June 13, 2019				/s/  Dina L. Santos
						DINA L. SANTOS, ESQ.
						Attorney for Oscar Andrade

///

//

/

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: June 13, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge