| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | JAMES R. CONOLLY<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR ANDRADE,<br><br>Defendant. | CASE NO. 2:08-CR-00079-GEB<br><br>STIPULATION TO CONTINUE ADMIT/DENY HEARING; [PROPOSED] ORDER<br><br>DATE: September 20, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1. By previous order, this matter was set for an Admit/Deny hearing on September 20, 2019.

2. Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and defendant, Oscar Andrade, by and through his counsel, Dina L. Santos, agree and stipulate to vacate the date set for Admit/Deny hearing, September 20, 2019, at 9:00 a.m., and to continue it to November 15, 2019, at 9:00 a.m.

3. The reason for this request is that resolution of this matter depends largely on the outcome of the charges filed against Mr. Andrade in the matter of *United States v. Nunez, et al.*, 2:17-cr-149 TLN. That case has been indicted but discovery remains ongoing and the parties anticipate that the disposition of that case will take a significant amount of time.

4. Accordingly, the parties respectfully request the Court adopt this stipulation and proposed order, and continue the Admit/Deny hearing until November 15, 2019.

IT IS SO STIPULATED.

Dated: September 19, 2019
McGREGOR W. SCOTT
United States Attorney

/s/ *James R. Conolly*
JAMES R. CONOLLY
Assistant United States Attorney

Dated: September 19, 2019
/s/ *Dina L. Santos*
DINA L. SANTOS
Counsel for Defendant
Oscar Andrade

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: September 19, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge