Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
OSCAR ANDRADE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>OSCAR ANDRADE,<br>　　　　　　　　　Defendant | CASE NO.  2:17-CR-149 TLN & 2:08-CR-079 TLN<br><br>STIPULATION AND ORDER TO CONTINUE RESET BRIEFING SCHEDULE AND CONTINUE J&S & DISPOSITIONAL HEARING TO 8/20/20 AT 9:30 A.M. |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and Defendant, OSCAR ANDRADE, by and through his counsel, Dina L. Santos, agree and stipulate to reset the briefing schedule and set Judgement and Sentencing and the Dispositional Hearing to August 20, 2020, at 9:30 a.m., in the above-captioned matter. The briefing schedule will be reset as follows:

1

| | |
|---|---|
| Judgment and Sentencing Date: | August 20, 2020 |
| Reply, or Statement of Non-Opposition: | August 13, 2020 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | August 06, 2020 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | July 30, 2020 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | July 23, 2020 |

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  June 1, 2020                                     McGregor Scott
                                                        United States Attorney

                                                         /s/ James Conolly
                                                        JAMES CONOLLY
                                                        Assistant United States Attorney

Dated:  June 1, 2020                                    /s/   Dina L. Santos
                                                        DINA L. SANTOS, ESQ.
                                                        Attorney for Oscar Andrade

**ORDER**

IT IS SO FOUND AND ORDERED this 1st day of June, 2020.

Troy L. Nunley
United States District Judge

2