1  Dina L. Santos, SBN 204200
   A Professional Law Corporation
2  455 Capitol Mall, Suite 802
   Sacramento, CA 95814
3  Telephone:  (916) 447-0160

4

5  Attorney for:
   OSCAR ANDRADE

6

             IN THE UNITED STATES DISTRICT COURT
7
             EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,              CASE NOS.  2:17-CR-0149 TLN &
10                                                    2:08-CR-0079 TLN
                          Plaintiff,
11                                         STIPULATION AND ORDER TO CONTINUE J&S
                  v.                       AND DISPOSITIONAL HEARING TO 9/10/20 AT
12                                         9:30 A.M.
   OSCAR ANDRADE,
13                        Defendant

14

15
                          **STIPULATION**
16

17       Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney

18
   James Conolly, and Defendant, OSCAR ANDRADE, by and through his counsel, Dina L. Santos, agree
19
   and stipulate to reset Judgement and Sentencing and the Dispositional Hearing to September 10, 2020, at
20

21 9:30 a.m., in the above-captioned matter.  Probation has been notified of the continuance.

22
         IT IS SO STIPULATED.
23

24 Dated:  August 17, 2020                    McGregor Scott
                                              United States Attorney
25

26                                             /s/ James Conolly
                                              JAMES CONOLLY
27                                            Assistant United States Attorney

28

                              1

Dated:  August 17, 2020

/s/   Dina L. Santos
DINA L. SANTOS, ESQ.
Attorney for Oscar Andrade

**ORDER**

IT IS SO FOUND AND ORDERED this 18th day of August, 2020.

Troy L. Nunley
United States District Judge